594 A.2d 1332

IN THE MATTER OF DANIEL P. DUTHIE,
AN ATTORNEY AT LAW.

September 6, 1991.

210

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending the reinstatement of DANIEL P. DU-THIE of OYSTER BAY, NEW YORK, who was admitted to the bar of this State in 1989 and was thereafter suspended from the practice of law by Order of this Court dated December 20, 1990, and good cause appearing;

It is ORDERED that the petition for restoration is granted, effective immediately.